IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cr-00504-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH GREENWOOD,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that at the end of the Motion Hearing held on October 31, 2013 counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 31st day of October 2013.

BY THE COURT:

_____
R. Brooke Jackson, Judge

_____       _N/A_____
Attorney for Government      Attorney for Defendant